STATE of Missouri, Respondent,

v.

Duane L. GAYE, Appellant.

No. WD 64893.

Missouri Court of Appeals,
Western District.

Feb. 21, 2006.

Irene C. Karns, Public Defender, Columbia, MO, joins on the briefs for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jayne T. Woods, Asst. Attorney General, Jefferson City, MO, joins on the briefs for Respondent.

Before JAMES M. SMART, JR., P.J., ROBERT G. ULRICH, and LISA WHITE HARDWICK, JJ.

### Order

PER CURIAM.

Duane Gaye appeals his conviction by a jury of committing violence against an employee of the Department of Corrections, for which he was sentenced to six years.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 30.25(b).

Joseph L. PORRAS, Appellant

v.

STATE of Missouri, Respondent.

No. WD 64743.

Missouri Court of Appeals,
Western District.

Feb. 21, 2006.

Dimitra Y. Massey, Esq., Kansas City, MO, for Appellant.

Shaun J. Mackelprang, Esq., Jefferson City, MO, for Respondent.

Before LOWENSTEIN, P.J., ELLIS and NEWTON, JJ.

### ORDER

PER CURIAM.

Joseph Porras (Appellant) appeals the court's denial of his motion under Rule 29.15 without an evidentiary hearing. The judgment is affirmed. Rule 84.16(b).